No. 571. HELM v. NEVADA. Supreme Court of Nevada. Certiorari denied. *E. P. Carville* for petitioner. *Alan Bible,* Attorney General of Nevada, *Geo. P. Annand* and *Robert L. McDonald,* Deputy Attorneys General, for respondent.

No. 592. UNITED STATES v. PEVELY DAIRY Co.; and

No. 593. UNITED STATES v. ST. LOUIS DAIRY Co. C. A. 8th Cir. Certiorari denied. *Arnold Raum* for the United States. *William H. Allen, James A. Finch* and *E. C. Hartman* for respondent in No. 592. *Jacob M. Lashly* for respondent in No. 593.

No. 616. PLAINFIELD HOTEL CORP. v. CITY OF BUFFALO. C. A. 2d Cir. Certiorari denied. *James P. Kohler* for petitioner. *Herbert A. Hickman* for respondent.

No. 632. TAMEZ, EXECUTRIX, v. WOODS, HOUSING EXPEDITER. C. A. 5th Cir. Certiorari denied. *William Robert Smith, Jr.* for petitioner. *Solicitor General Perlman, Ed Dupree, Nathan Siegel* and *Benjamin Freidson* for respondent.

No. 634. UNION PACIFIC RAILROAD Co. v. UNITED STATES. Court of Claims. Certiorari denied. *Elmer B. Collins* and *Lawrence Cake* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for the United States.

